**STATE of Missouri, Respondent,**

v.

**Gary R. WICKHAM, Appellant.**

**No. WD 76881.**

Missouri Court of Appeals,
Western District.

April 29, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2014.

Evan J. Buchheim, Jefferson City, MO, for respondent.

Gary Wickham, Appellant Pro Se.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Appellant Gary Wickham appeals the circuit court's judgment overruling his motion for post-conviction DNA testing. We affirm. Rule 84.16(b).